Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

FEBRUARY 10, 2016

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEANNE TINKER-SMITH, <br><br> Defendant. | NO. CR16-32 RSL <br><br> INDICTMENT |

The Grand Jury charges that:

## COUNT 1
### (Aiding and Abetting a Felon in Possession of a Firearm)

Beginning on or about August 12, 2014, and continuing until on or about November 16, 2014, in Whatcom County, within the Western District of Washington, and elsewhere, JEANNE TINKER-SMITH aided and abetted C.T.S., who she knew had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, *Possession of Marijuana*, in the Superior Court of Washington for Whatcom County, cause number 06-1-00534-4, on or about September 21, 2006, to knowingly possess in and affecting interstate and foreign commerce, the following firearms:

    a.    Remington, model Versa Max, .12 gauge shotgun
    b.    Ruger, model 10/22 Takedown, .22 caliber rifle
    c.    Glock, model 19, .9mm pistol

1      d.     Glock, model 42, .380 auto caliber pistol

2      e.     Springfield, model M1A, .308 caliber rifle

3 all of which had been shipped and transported in interstate and foreign commerce.

4 All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2),

5 and 2.

## ASSET FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of the Indictment, the defendant, JEANNE TINKER-SMITH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to the firearms and ammunition identified in Count 1 of the Indictment.

A TRUE BILL:

DATED: 2-10-15

(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)

FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney

INDICTMENT/TINKER-SMITH - 2